IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CECELIA FRISA

    Plaintiff,                                          Case #: _____

v.

LOWE'S HOME CENTER, LLC.

    Defendant.
_____/

## NOTICE OF REMOVAL

    COME NOW, Defendant, LOWE'S HOME CENTER, LLC, named as Defendant herein, by and through its undersigned counsel, hereby files this Notice of Removal in the above-captioned matter, currently pending in the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida. This removal is made pursuant to 28 U.S.C. §1332(a) and 1441(b). Removal is proper because there is diversity of citizenship.

### BACKGROUND

1. On or about July 11, 2019, an action was commenced by Plaintiff in the Circuit Court, in and for Hillsborough County, Florida, Case No. 19-CA-007220. Plaintiff served Defendant, on July 22, 2019.

2. Plaintiff asserts in its Complaint negligence against the Defendant for an incident that occurred in Riverview, Hillsborough County, Florida.

3. Plaintiff seeks damages in excessive of $75,000.00 from Defendant.

4. In accordance with Local Rule 4.02(b) and pursuant to 28 U.S.C. §1446(a), true and legible copies of all papers on file with the state court have been uploaded with this Notice. These papers include Plaintiff's Summons and Complaint to the Defendant, as well as other service documents. Defendant has not yet filed its answers in the Circuit Court of

the Thirteenth Judicial Circuit in and for Hillsborough County, Florida.  Defendant is not aware of any other pending motions or briefs.

5. Pursuant to 28 U.S.C. §1446(d), Defendant is serving written notice of the removal of this case on Plaintiff's counsel, and a copy will be promptly filed with the Clerk of Court in the Thirteenth Judicial Circuit in Tampa, Florida.  A true and correct copy of the Notice of Filing filed in the Thirteenth Judicial Circuit is uploaded with this Notice.

6. Nothing in this Notice shall constitute a waiver of Defendant's right to assert any defense, including a motion to dismiss, as the case progresses.

## REMOVAL IS TIMELY

7. The removal is timely under 28 U.S.C. §1446(b).  Plaintiff filed their Complaint on July 11, 2019.  Plaintiff served the Complaint on Defendant, in July 22, 2019. Defendant filed this Notice of Removal within thirty (30) days of service, as required by law.  *See, e.g. Murphy Bros, Inc. v. Michetti Pipe Stringing, Inc.,* 526 U.S. 344, 347-48 (1999).  Accordingly, removal is timely as it falls within this thirty-day period.

## BASIS FOR REMOVAL OF JURISDICTION

8. Removal is proper based on Plaintiff's citizenship. Under 28 U.S.C. §1332(a)(2):

    **(a)** *The district court shall have original jurisdiction of all civil action where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between*
    **(b)** *Citizens of different states.*

9. Defendant's state of incorporation is North Carolina and its principal place of business is in North Carolina.

10. As such, the court has jurisdiction over this matter pursuant to 28 U.S.C. §1332 in that there is a complete diversity of citizenship between Plaintiff and Defendant and in §1446(b)(c)

that the amount reportedly exceeds the sum of value of $75,000.00, exclusive of interests and costs.

## CONCLUSION

11. Pursuant to 28 U.S.C. §1332 and 1441, Defendant hereby removes the above-captioned matter from the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida to the United States District Court for the Middle District of Florida, Tampa Division.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above was E-Served on this 6th day of August, 2019 to: William Winters, Esquire at: service@wintersandyonker.com.

*/s/ Christopher J. Blain*

_____

Christopher J. Blain, Esquire
FBN: 0671711
Vernis & Bowling of the Gulf Coast, P.A.
2203 N. Lois Avenue, Suite 711,
Tampa, FL 33607
Telephone: (813) 712-1700
Facsimile: (813) 712-1701
Paralegal: Ivelisse Travieso
Paralegal Email: itravieso@florida-law.com