Filing # 112762950 E-Filed 09/02/2020 10:43:04 AM

IN THE CIRCUIT COURT
OF THE FIFTH JUDICIAL CIRCUIT,
IN AND FOR LAKE COUNTY, FLORIDA

CASE NO:

JOANN KATES,

    Plaintiff,

vs.

LOWE'S HOME CENTERS LLC,

    Defendant.    /

## COMPLAINT

COMES NOW the Plaintiff, JOANN KATES, by and through the undersigned attorneys and sues the Defendant, LOWE'S HOME CENTERS LLC, and alleges as follows:

1.    This is an action for damages that exceeds the sum of THIRTY THOUSAND DOLLARS ($30,000.00), exclusive of costs, interest and attorneys' fees (The estimated value of Plaintiff's claim is in excess of the minimum jurisdictional threshold required by this Court). Accordingly, Plaintiff has entered "$30,001" in the civil cover sheet for the "estimated amount of the claim" as required in the preamble to the civil cover sheet for *jurisdictional purposes only* (the Florida Supreme Court has ordered that the estimated "amount of claim" be set forth in the civil cover sheet for data collection and clerical purposes only). The actual value of Plaintiff's claim will be determined by a fair and just jury in accordance with Article 1, Section 21, Fla. Const.

2.    Plaintiff is a natural person residing in Lake County, Florida.

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

3. At all times material to this action, LOWE'S HOME CENTERS LLC, is a foreign profit corporation licensed to do business in the State of Florida.

4. At all times material hereto, Defendant was the owner and/or in possession of that certain business known as Lowe's #2577 located at 18795 US-441, Mt. Dora, Lake County, Florida, said business being that of a retail/home improvement store, open to the general public, including the Plaintiff herein.

5. On or about September 17, 2019, Plaintiff, JOANN KATES, visited Defendant's premises located at the above address as a business invitee.

## COUNT I
## CLAIM OF NEGLIGENCE AGAINST DEFENDANT, LOWE'S HOME CENTERS LLC

6. Plaintiff realleges and incorporates herein by reference Paragraphs 1 through 5 above, and further states:

7. At said time and place, Plaintiff, JOANN KATES, was a guest at LOWE'S HOME CENTERS LLC, as described above, lawfully upon the premises of the Defendant, who owed Plaintiff a non-delegable duty to exercise reasonable care for her safety to maintain their premises in a clean and safe condition for all of their business invitees, like the Plaintiff, JOANN KATES.

8. At said time and place, Defendant breached its duty owed to Plaintiff by committing one or more of the following omissions or commissions:

   a) Negligently failing to maintain or adequately maintain the premises, thus creating a hazard to members of the public utilizing said premises, including the Plaintiff herein, thus creating an unreasonably dangerous condition for Plaintiff;

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

b) Negligently failing to inspect or adequately inspect the premises, as specified above, to ascertain whether lumber on the walking surface constituted a hazard to pedestrians utilizing said premises, including the Plaintiff herein, thus creating an unreasonably dangerous condition to the Plaintiff;

c) Negligently failing to inspect or adequately warn the Plaintiff of the danger of lumber on the walking surface of the store, when Defendant knew or through the exercise of reasonable care should have known that said premises was unreasonably dangerous and that Plaintiff was unaware of same;

d) Negligently failing to correct and/or maintain and/ repair and/or adequately correct and/or replace the unreasonably dangerous condition of the lumber on the walking surface on Defendant's premises, when said condition was either known to Defendant or had existed for a sufficient length of time such that Defendant should have known of same had Defendant exercised reasonable care;

e) Negligently failing to have adequate staff on duty and/or assigned to the task of inspecting/maintaining the premises/stacked items for dangerous conditions;

f) Negligently failing to train and/or inadequately training its employees to inspect the premises for dangerous conditions;

g) Negligently failing to follow its own corporate policy(ies) regarding the dangerous condition;

h) Negligently failing to act reasonably under the circumstances;

i) Negligently engaging in a mode of operations when Defendant knew, or should have known, that said mode of operations would result in dangerous conditions to the general public, including the Plaintiff herein;

j) Negligently engaging in a routine practice of business that was not the reasonable custom of the community;

k) Negligently failing to render aid to the Plaintiff after she was hit by the falling item and/or negligently rendering aid to the Plaintiff after the she was hit by the falling item; and

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

    l)  Negligently engaging in a routine practice of business that was unreasonable to what is customary for the relevant business community in and/or around where the subject incident occurred.

9. As a result, while Plaintiff was visiting Defendant's business, Plaintiff tripped and fell over lumber on the walking surface of the store, sustaining catastrophic injuries, as set forth.

10. As a direct and proximate result of the negligence of Defendant, Plaintiff suffered bodily injury in and about her body and extremities, resulting in pain and suffering, disability, disfigurement, permanent and significant scarring, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earning, loss of the ability to earn money, and aggravation of previously existing condition in the past and into the future. The losses are either permanent or continuing and Plaintiff has already suffered from same in the past and, the Plaintiff will continue to suffer from these losses in the future.

WHEREFORE, the Plaintiff, JOANN KATES, sues the Defendant, LOWE'S HOME CENTERS LLC, for damages and demands judgment in excess of Thirty Thousand and One Dollars ($30,001.00), plus interest

**RESPECTFULLY** submitted this 2nd day of September, 2020

                <u>*/s/ S. Maxwell Karrick*</u>
                S. MAXWELL KARRICK, ESQ.
                FBN: 119762
                Morgan & Morgan, P.A.
                20 N. Orange Avenue
                Suite 1600
                Orlando, FL 32801
                Telephone Phone: (407) 420-1414
                Facsimile: (407) 204-2258
                Primary email: mkarrick@forthepeople.com
                Secondary email: snaranjo@forthepeople.com
                Attorneys for Plaintiff

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

5

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)